PAUL J. MANSDORF, TRUSTEE
1569 Solano Ave. #703
Berkeley, CA 94707
Telephone:     (510) 526-5993
**Entered on Docket**
**September 05, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: September 4, 2019

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>CREATIVE PLAYHOUSE,<br><br>Debtor. | Case No. 19-41964 CN 7<br>Chapter 7<br><br>ORDER AUTHORIZING TRUSTEE TO EMPLOY shierkatz RLLP |

    Having considered the application of Paul J. Mansdorf, trustee of the bankruptcy estate of Creative Playhouse, Debtor for an order authorizing him to employ and retain shierkatz RLLP as his attorneys, the Declaration of Jeremy W. Katz in support of the application, and the Court being satisfied that shierkatz RLLP and its attorneys represent no interest adverse to the estate with respect to the matters upon which they are to be employed, that they are disinterested persons under sections 101(14) and 327 of the Bankruptcy Code, that their employment is necessary and would be in the best interest of creditors and the estate, and good cause appearing,

///

1    IT IS HEREBY ORDERED that Paul J. Mansdorf, trustee be and he hereby is,
2 authorized to employ and retain shierkatz RLLP as his attorneys to perform all of the legal
3 services set forth in the application, and any others that that Paul J. Mansdorf, trustee and
4 shierkatz RLLP deem necessary and reasonable and appropriate, with such compensation as is
5 approved by the Court.
6                              ***END OF ORDER***

**COURT SERVICE LIST**

ECF only